UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOSE URQUIAGA,
    Petitioner

v.      CIVIL NO. 1:11-CV-2307

JANET NAPOLITANO, *et al.*,
    Respondents

*O R D E R*

AND NOW, this 12th day of December, 2012, upon consideration of the report and recommendation ("R&R") of Magistrate Judge Mannion (Doc. 13), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1. The R&R (Doc. 13) is adopted.

    2. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED as MOOT.

    3. The Clerk of Court shall close this file.

                                  /s/ William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge